```
             IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF OREGON
```

SHAWN MICHAEL NEWCOMB,                              CV. 05-1111-HU

        Petitioner,                                 ORDER
   v.

BRIAN BELLEQUE,

        Respondent.

MOSMAN, Judge

   Petitioner's motion to voluntarily dismiss (#27) is GRANTED. This proceeding is DISMISSED, without prejudice.

   IT IS SO ORDERED.

   DATED this __9th__ day of February, 2007.


                               ___/s/ Michael W. Mosman
                                   Michael W. Mosman
                                   United States District Judge

1 -- ORDER